PROPOSED

FILED
FEB 25 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR ANTHONY BARRETTO,<br><br>    Petitioner,<br><br>v.<br><br>G.J. GIURBINO, Warden,<br><br>    Respondent, | Case No. CV 03-4635-DSF (JTL)<br><br>**JUDGMENT** |

In accordance with the Final Report and Recommendation of the United States Magistrate Judge filed concurrently herewith and the Report and Recommendation of the United States Magistrate Judge filed on March 24, 2004,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 2-22-08

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE